# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3015

_____

| | |
|---|---|
| Harold W. Bass, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * Western District of Missouri. |
| Allied Signal Aerospace Company, | * |
| | •          [UNPUBLISHED] |
| Appellee. | * |

_____

Submitted: February 5, 1999

Filed: February 16, 1999

_____

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Harold W. Bass appeals from the district court's[1] grant of summary judgment to his former employer in this 42 U.S.C. § 1981 race discrimination action. Having carefully reviewed the record and the parties' submissions on appeal, we affirm the judgment of the district court for the reasons it stated. See 8th Cir. R. 47B.

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

A true copy.

Attest:

         CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.